**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6335**

RONALD L. LEGG,

                    Plaintiff - Appellant,

          v.

SOUTHERN HEALTH PARTNERS, Jodi Harrison,

                    Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Aiken.   Mary G. Lewis, District Judge. (1:12-cv-00481-MGL)

Submitted:  July 18, 2013              Decided:  July 22, 2013

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ronald L. Legg, Appellant Pro Se.   Elliott T. Halio, HALIO & HALIO, Charleston, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald L. Legg appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. He also appeals the court's denial of his motions to compel discovery and to amend his complaint. As to the magistrate judge's rulings to which Legg timely and specifically objected in the district court, we have reviewed the record and find no reversible error.[*] Accordingly, we affirm for the reasons stated by the district court. Legg v. Southern Health Partners, No. 1:12-cv-00481-MGL (D.S.C. Aug. 14, 2012). We deny Legg's motion for a transcript at the government's expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] Legg waived appellate review of the district court's disposition of some of his claims by failing to file timely and specific objections to the magistrate judge's recommendation on those claims. See United States v. Midgette, 478 F.3d 616, 621–22 (4th Cir. 2007).